No. 80–1289. OHIO DEPARTMENT OF HIGHWAY SAFETY ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE POWELL would grant certiorari.

No. 80–1389. ALESSANDRELLO ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE MARSHALL would grant certiorari.